**11/24/2015**                                                    **COA No. 02-15-00074-CR**
**ESPINOZA, EX PARTE ANGEL RICKY A/K/A JOSE ANGEL RICKY ESPINOZA**
**Tr. Ct. No. CIV-14-0999**                              **PD-0877-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
                                                             Abel Acosta, Clerk

> 2ND COURT OF APPEALS CLERK
> DEBRA SPISAK
> 401 W. BELKNAP, STE 9000
> FORT WORTH, TX 76196
> * DELIVERED VIA E-MAIL *